NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

SCIELE PHARMA INC. (NOW KNOWN AS SHIONOGI PHARMA INC.), ANDRX CORPORATION, ANDRX PHARMACEUTICALS INC. (DOING BUSINESS AS WATSON LABORATORIES INC. – FLORIDA), ANDRX PHARMACEUTICALS L.L.C., ANDRX LABORATORIES (NJ) INC., ANDRX EU LTD., AND ANDRX LABS L.L.C.,
*Plaintiffs-Appellees,*

v.

LUPIN LTD. AND LUPIN PHARMACEUTICALS INC.,
*Defendants-Appellants,*

AND

MYLAN INC. AND MYLAN PHARMACEUTICALS INC.,
*Defendants.*

2012-1118

Appeal from the United States District Court for the District of Delaware in consolidated case no. 09-CV-0037, Judge Robert B. Kugler.

## ON MOTION

---

Before LOURIE, PROST, and MOORE, *Circuit Judges.*

MOORE, *Circuit Judge.*

### O R D E R

Upon consideration of the parties' joint motion to expedite the issuance of the mandate,

IT IS ORDERED THAT:

The motion is granted. The mandate shall issue today.

FOR THE COURT

FEB 2 2 2012
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 2 2 2012

JAN HORBALY
CLERK

cc: David B. Bassett, Esq.
Douglass C. Hochstetler, Esq.
Mary B. Matterer, Esq.

Issued As A Mandate: __FEB 2 2 2012__

s24